# Court of Appeals
# of the State of Georgia

ATLANTA,  December 03, 2014

*The Court of Appeals hereby passes the following order:*

**A15E0012.  IN THE INTEREST OF J. D. B. (a child).**

Upon consideration of the State's Motion for the Court to Issue an Emergency Order of Supersedeas Under Rule 40 (b), the motion is hereby GRANTED.  Juvenile Court of Bryan County, Case No. 015-14J-138, is hereby stayed pending resolution of the State's appeal of the Order dated October 17, 2014 in Superior Court of Bryan County, Case No. 2014-WT-51-S.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/03/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*